UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
SEPTEMBER 12, 2013
JACKSON, C. J.

| | |
|---|---|
| NINA TAYLOR, ET AL. | CIVIL ACTION |
| VERSUS | |
| TURNER INDUSTRIES GROUP, LLC, ET AL. | NO.: 11-00471-BAJ-SCR |

## MINUTE ENTRY AND ORDER

This matter came this day for oral argument on the pending Motions to Dismiss (docs 249; 275; 278; 279; 283; and 284).

      PRESENT:  Jay D. Ellwanger, Esq.
                      Pamela W. Carter, Esq.
                      James A. Vagnini, Esq.
                      Counsel for Plaintiffs

                      Phyllis Cancienne, Esq.
                      Steven Griffith, Jr. Esq.
                      Counsel for Defendants

The following Plaintiffs acknowledge on the record that it is their decision not to participate in the global settlement with the Defendants.

                      Sherin Darville
                      Christol Doucett
                      Shaun Jones
                      Glenda Dorsey
                      Thomas Rucker, Jr.
                      Keelye Tomlinson

The above listed plaintiffs stated their intent to pursue their individual claims.

Counsel informed the Court that there are approximately six Plaintiffs who have recently agreed to settle their claims.

Accordingly,

**IT IS ORDERED** that counsel shall file motions to dismiss or stipulations of dismissal for those Plaintiffs who have settled their claims but have not previously filed a motion to dismiss or stipulation of dismissal <u>**no later than September 27, 2013**</u>.

**IT IS FURTHER ORDERED** that the parties' **Stipulation of Dismissal With Prejudice (Doc. 275)** is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' **Unopposed Motion to Dismiss With Prejudice (Doc. 278)** is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties' **Stipulation of Dismissal With Prejudice (Doc. 279)** is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff Charles Jacobs' **Unopposed Motion to Dismiss With Prejudice (Doc. 283)** is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties' **Stipulation of Dismissal With Prejudice (Doc. 287)** is **GRANTED**.

**IT IS FURTHER ORDERED** that the below-listed Plaintiffs' claims *only* against Defendants Turner Industry Group, LLC and Turner Industrial Maintenance, LLC are **DISMISSED WITH PREJUDICE**, each party to bear his/her/its own costs:

1. Thammy M. Bailey

2. Isaac L. Bell

3. Daniel R. Bellard

4. Marion L. Berry

5. Clarence J. Bertrand

6. Ladray Bias

7. Reginal J. Birdis

8. Edward E. Blake

9. Kevin Ray Blue

10. Trudy Braxton

11. Brandon O. Brisco

12. Michael W. Brooks

13. Gita L. Brown

14. Jeffre J. Brown

15. Elmer L. Burns

16. Alton Burrell

17. David S. Butler

18. Leamos Byrd

19. Katrina D. Calligan

20. Frederick O. Canady

21. Erely Carvin

22. Swiney Ceasar

23. Phyllis O. Celestine

24. Shelby Celestine, Sr.

25. Shelby L. Celestine, Jr.

26. Tasheena R. Celestine

27. Wilson A. Chavis, Jr.

28. Brenda L. Citizen

29. Shawn A. Citizen

30. Derran J. Clark

31. Larry D. Clark, Jr.

32. Ronald Coleman

33. Dwayne M. Colston

34. Trillis A. Danielson

35. Henry T. Dogan

36. Gregory O. Dorsey

37. Marcus M. Doucette

38. Shawn R. Ducre

39. Jermaine S. Dugas

40. Jocelyn Duhon

41. Anitra M. Edwards

42. Brenda G. Edwards

43. Glenda F. Edwards

44. Larry J. Edwards

45. Eavy E. Ellis

4

Case 3:13-cv-00625-BAJ-SCR   Document 2   09/20/13   Page 4 of 13

46. Laura Evans

47. Shannon L. Facione

48. Cheryl R. Falola

49. Untellez P. Fields

50. Daniel Fontenot

51. Donald R. Franklin

52. Edwin Franklin

53. John F. Freeman

54. Robert Freeman

55. Tonya Frye

56. Demetrius L. Gardner

57. Delvin L. Gims

58. Camille S. Gobert

59. Nicole M. Gobert

60. Odessa A. Gobert

61. Terry J. Gobert, Sr.

62. Tommie Gobert

63. Michael A. Gold

64. Courie J. Goodly

65. Joseph D. Gordon

66. Roosevelt Green

67. Zavier K. Green

68. Rogers Guidry

69. Elliot P. Guillory

70. Kenneth Hanks

71. Reginald P. Harmon

72. Steven W. Harmon

73. Troy D. Harrell

74. Royal J. Harvey

75. Joseph F. Henderson

76. Rodriques C. Hendricks

77. Mark C. Henry

78. Alisha F. Howard

79. Cody T. Howard

80. Jerry L. Hudson

81. Stacey Hudson

82. Lamont J. Jack

83. Chauncey J. Jackson

84. Crandal J. Jackson

85. Gil S. Jackson

86. Joseph L. Jackson

87. Shelia A. Jackson

88. Charles Jacobs

89. Rick A. James

6

Case 3:13-cv-00625-BAJ-SCR   Document 2   09/20/13   Page 6 of 13

90. Michael J. John

91. Hollis Johnson, Jr.

92. Kevin Johnson

93. Lorenzo D. Johnson

94. Bryant K. Jones

95. Earnest E. Jones

96. Ethel M. Jones

97. Melvin T. Jones

98. Ronald J. Jones

99. Savoy S. Jones

100. Corey M. Kaough

101. Daryl Kelly

102. Allen Keys

103. Tonia Y. Keys

104. Stacy D. Larce

105. Terrell D. LeBlanc

106. Edward J. LeDay

107. Harry Lemonier

108. Abraham Lewis

109. Edward P. Lewis

110. Shannon D. Lewis

111. Anthony Lilly

7

112. Michael Malbrough

113. Monica D. Malbrough

114. Mitchell A. Marshall

115. Debra A. McZeal

116. Stacy L. McZeal

117. Sheldon T. Melton

118. Craig L. Minor

119. Kenneth R. Mitchell

120. Gregory L. Moore

121. Otis J. Moore

122. Herman Mosby

123. Herman Moton, III

124. Doris J. Nwosu

125. Christopher J. Papillion

126. Carlton J. Patterson

127. Norman L. Pattum

128. Marcus K. Payne

129. Danny Peck

130. Joshua C. Pete, Jr.

131. Joshua C. Pete, Sr.

132. Roslyn Phillip (Harps)

133. John E. Pitre, Jr.

8

Case 3:13-cv-00625-BAJ-SCR   Document 2   09/20/13   Page 8 of 13

134. Earl L. Price

135. Cavik B. Prudhomme

136. Donald J. Prudhomme

137. Crystal M. Ray

138. Eddie M. Reado

139. Donald K. Redmond

140. Joseph Redmond

141. Veronica Reed

142. Brenda G. Richard

143. Carl W. Richard

144. Joseph Richard

145. Reginald D. Richard

146. Tony K. Richard

147. Norman M. Richards

148. Timothy W. Rigmaiden

149. Gralin Robinson

150. Wilda M. Robinson

151. Sherrvondalon Rolax

152. Kenneth C. Ross

153. Felicia Rougeau

154. Alvin Roussell

155. Larell T. Route

9

Case 3:13-cv-00625-BAJ-SCR   Document 2   09/20/13   Page 9 of 13

134. Earl L. Price

135. Cavik B. Prudhomme

136. Donald J. Prudhomme

137. Crystal M. Ray

138. Eddie M. Reado

139. Donald K. Redmond

140. Joseph Redmond

141. Veronica Reed

142. Brenda G. Richard

143. Carl W. Richard

144. Joseph Richard

145. Reginald D. Richard

146. Tony K. Richard

147. Norman M. Richards

148. Timothy W. Rigmaiden

149. Gralin Robinson

150. Wilda M. Robinson

151. Sherrvondalon Rolax

152. Kenneth C. Ross

153. Felicia Rougeau

154. Alvin Roussell

155. Larell T. Route

156. Varlon Route

157. Thomas Rucker, Jr.

158. Chris E. Ryan

159. Milton Ryan

160. Harold P. Savoy

161. Carletta Sebro

162. Alvin Sherman

163. Patricia A. Slidell

164. Louis J. Smith

165. William M. Stevens

166. Calvin Stewart, Jr.

167. Calvin Stewart, Sr.

168. Kenneth W. Stewart

169. LeRoy L. Stewart

170. Joe Thomas, Jr.

171. Pamela J. Thomas

172. Robert L. Thomas

173. Ulacier C. Thompson

174. Yvonne M. Turner

175. Larry D. Tutson, Jr.

176. Kevin J. Victor

177. Artigus L. Viney

178. Conrad J. Viney
179. Conway J. Viney
180. Shayla S. Vital
181. Melvin J. Ward, Jr.
182. George W. Waters
183. Jammie L. Watson
184. Joseph P. West, Jr.
185. Derrick L. Wicker
186. Claude M. Wiggins, Sr.
187. Clarence Williams
188. Gideon W. Williams
189. Morgan Williams, Jr.
190. Franklin O. Wilson
191. Roy C. Wiltz
192. Wesley Wiltz
193. Oran L. Woods
194. Kevin Young

**IT IS FURTHER ORDERED** that **Plaintiffs' Counsel's Unopposed Omnibus Motion to Withdraw as Counsel (Doc. 286)** is **GRANTED**.

**IT IS FURTHER ORDERED** that Jay D. Ellwanger and Stefanie T. Scott of DiNovo Price Ellwanger & Hardy LLP; James Vagnini, Robert Valli, Jr., Sara Kane,

11

and Deborah Rubin of Valli Kane and Nagnini LLP; and Pamela W. Carter of the Carter Law Group LLC are hereby **WITHDRAWN AS COUNSEL** for the following Plaintiffs:

1. Sherin Darville
2. Brandon Beroid
3. Chris Doucett
4. Shaun Jones
5. Larry James Walker
6. Harvey Butler
7. Glenda Dorsey
8. Vera Ellis
9. Javion Garrett
10. Cortney Harden
11. Keelye Tomlinson
12. Kevin Campbell

**IT IS FURTHER ORDERED** that the Clerk of Court shall sever the following Plaintiffs' claims into individual lawsuits:

1. Sherin Darville
2. Brandon Beroid
3. Chris Doucett
4. Shaun Jones
5. Larry James Walker
6. Harvey Butler
7. Glenda Dorsey
8. Vera Ellis
9. Javion Garrett
10. Cortney Harden
11. Keelye Tomlinson
12. Kevin Campbell

Each individual lawsuit shall be assigned a separate civil action number and placed on the Court's docket.

**IT IS FURTHER ORDERED** that the original Complaint in the above captioned matter *only* shall be entered into the record of each individual lawsuit. Each individual lawsuit shall be deemed to have been filed as of January 30, 2011, the date of the filing of the original Complaint in the above-captioned matter.

**IT IS FURTHER ORDERED** that the named Plaintiff in each individual lawsuit shall submit the required filing fee to the Clerk of Court **no later than October 11, 2013**. **No further action shall occur in any of the individual lawsuits until the filing fee is paid**.

**IT IS FURTHER ORDERED** that, following payment of the required filing fees, each Plaintiff shall file an amended complaint in his or her individual lawsuit **no later than October 25, 2013**.

Baton Rouge, Louisiana, this 19th day of September, 2013.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

```
25a 2.5
Reporter: C. Smith-Neely
```