UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE D. T OF

2013 OCT 24 PM 3:00

BY DEPUTY CLERK

Sherin Darville

name of plaintiff(s)

versus

CIVIL ACTION

NO. 3:13-CV-00625

Turner Industries Group, LLC

name of defendant(s)

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U. S. Constitutional provisions, if you know them):

   Title of the Civil Rights Act of 1964 as well as all other applicable statutes.

2. Plaintiff, Sherin Darville resides at

   36334 Sharper Rd, Geismar,
   street address / city

   Ascension, LA, 70734, 225-290-1150
   parish / state / zip code / telephone number

   (if more than one plaintiff, provide the same information for each plaintiff below)

3. Defendant, Turner Industries Group, LLC lives at, or its business is located at 8687 United Plaza Blvd 5th,
   street address

   Baton Rouge, East Baton Rouge, LA,
   city / parish / state

   70809, (225)922-5050.
   zip code / telephone number

(if more than one defendant, provide the same information for each defendant below)

Construction and General Laborers Union 1177
Government Street Baton Rouge, LA 70802 (225-383-2464
Laborers' International of North America Local 689
400 Soniat Street New Orleans, LA 70115 (504-891-4435

4. Statement of claim ( State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

Discrimination base on, Race, Color, Religion, Sex Retaliation. Turner Industries discriminates base on how employees are reprimand, in hiring, Day rate, white applicants are more favored.

5. Prayers for Relief (list what you want the Court to do):

a. Compensatory and punitive damages

b. That the court would reduce attorney fees I am a

c. Union member.

d.

I (we) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this 24 day of October, 20 13

Sherri Darvill

(signature of plaintiff (s))

Sherin Darville
36334 Sharper Rd
Geismar La 70734
Oct 24, 2013

To whom it may concern:

I am a Black female who was employed at Turner Industries in April 2008 to October 13, 2011 Also in April 1996. I was laid off countless times. Throughout my time at Turner Industries and a Union Worker. I worked at Exxon in Baton Rouge April 1996; Marathon in Garyville La from April 25 to May 12, 2011 and again in July 2011 to October 13, 2011. Conoco Phillips January 2011; Shintech March 2011; Cytec February 2011; Enersay off and on in 2008-2009; PCS February 2009; Total Chemical January to June 2009; and Dow Taft in 2008.

The problems that I was having at Turner Industries How they reprimand and punish us differently from white americans.

Wrongful and retalitory Terminations
- Being fired for violating company policies
- Not providing a safe work place or work Enviroment.
- Defamation of character
- Wrongfully injured
- Retaliation for whistle blowing.

Sherin Darville
Attachment A

1. Sherin Darville is a Black female who was employed at Turner Industries from April 1996 to May 12, 2011 and was laid off countless times in between.

2. Throughout her time at Turner, she worked at Exxon Baton Rouge in April 1996; Conoco Philips in January 2011; Shintech in March 2011; Marathon in Garryville from April 25 to May 12, 2011; Energey off and on in 2008-2009; Dow Taft in 2008; SyTech in February 2011.

3. While working at Conoco Philips in January 2011, Ms. Darville was laid off for leaving her post; she proved she did not leave her post and then was told her lay off was due to a reduction in force. She received two pink slips; one for reduction in force, and the other for violation of company policies. She did not violate company policy, and could prove it.

4. Ms. Darville was employed as a labor, fire watch/hole watch, electrician helper.

5. Ms. Darville applied to work in the tool room at Marathon, but was told Turner was not hiring for that position. She later found out Turner had been hiring at the time and had hired someone with no experience. Ms. Darville believes if it were not for her race, she would have been hired to work in the tool room.

6. In 1996 She was hired by Turner in the position of electrician helper. Instead of doing the work required of an electrician helper, she was forced to do the work of a laborer. This included cleaning the plant.

7. Turner hired more White workers than Black workers. Ms. Darville remembers one incident where a Black employee who was a great welder and had helped several White employees weld the same piece of equipment. The Black worker got in trouble and was laid off. The White workers did not get in trouble. Ms. Darville believes he was laid off because of his race.

8. At Marathon Ms. Darville worked with an all Black crew. She recalls the White workers having positions in the office, while the Black workers had positions in the field. Many white workers were allowed to just hang out in the office and talk with their white co-workers.

9. At Petro Chemicals in San Gabriel, LA, a White woman named Christy became very angry with Ms. Darville, and Ms. Darville was afraid Christy was going to hit her. She told her foreman about the incident, but nothing was done. Ms. Darville then conctaced an attorney and informed her foreman of the attorney. Her case did not go anywhere, and Christy was never disciplined or laid off. Ms. Darville was then laid off because her grandmother was in the hospital. She told Christy, Tanya and Janis that she saigned the book saying she was leaving and swiped her card. She did not tell her foreman right

before she left, because he was on the other side of the plant, and had told him earlier that day when she would be leaving. Her foreman told her it was not a big deal, but she needed to tell him next time. She was then laid off for not telling her foreman she was leaving that day.

10. At Conoco and Dow Taft Ms. Darville saw employee referral papers that other employees received, which included rate of pay. She observed that White employees were paid three to four dollars more than Black employees. Unqualified White employees were paid more than experienced Black employee in Marathon. Ms. Darville recalls one Black woman who told her she had not received a pay rate increase in the four to five years she had worked there for Turner.

11. If a Black employee was willing to have sex with the foremen, or "rat out" another Black employee, they were more likely to receive a promotion. Other than that, it was rare for a Black employee to be promoted at Turner.

12. At Total and Conoco Phillips black employees were forced to walk, while White employees were given trucks to drive around the job sites.

13. In 2008 Ms. Darville was hole watching and had to call safety to shut the job down because there was a fire. Her foreman called her a "mother fucker." Ms. Darville did not report it, because they would have run her off the job. Another foreman named Lakeithe Anderson was there to witness.

14. Ms. Darville and her similarly situated Black co-workers have been subjected to racially offensive statements at Turner Industries. For example, Black employees were frequently referred to as "monkeys" by White workers. Ms. Darville tried to ignore the comments, and did not report them, out of fear of losing her job.

15. Ms. Darville and her similarly situated Black co-workers have been subjected to racially offensive graffiti displayed in the restrooms at Turner. At Shintech Ms. Darville saw drawings of male genitals the size of a baseball bat, "niggers," killing niggers; mouth on penis, many more offensive depictions. She recalls at time the whole bathroom was covered with offensive drawings. She reported the lack of cleanliness to her foreman, but the graffiti was allowed to remain up for long periods of time.

16. Turner discriminates in terms of how employees were disciplined if they came back from breaks late, or showed up to work late, missed days, or made any mistakes on the job.. Darville often observed White employees were excused from such incidents more frequently than Black employees. For example, at CyTech, a Black employee was fired for not wearing a safety harness. However, a White foreman was caught without his safety harness at least three times, but he was only demoted, instead of fired.

Based on the aforementioned, it is clear that Sherrin Darville and her similarly situated Black co-workers have been the victims of discrimination, harassment, and retaliation in direct violation of Title VII of the Civil Rights Act of 1964 as well as all other applicable statutes.